UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERRILL PRIMACK, on behalf of plaintiff and the class defined below, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 2013-cv-6228 ) ) The Honorable James F. Holderman |
| CAREPLUS HEALTH PLANS, INC., HUMANA, INC., and DOES 1-10, | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants CarePlus Health Plans, Inc. and Humana, Inc. hereby move to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and state as follows:

1. Plaintiff asserts a single cause of action against both CarePlus and Humana under the Telephone Consumer Protection Act, 47 U.S.C. § 227. Plaintiff has not alleged sufficient facts to sustain his claim against either defendant, and his Complaint should be dismissed.

2. Plaintiff has failed to allege any facts to support his conclusory allegations that an automatic telephone dialing system ("ATDS") was used to place a call to Plaintiff's cellular telephone or that the caller utilized a prerecorded message. Plaintiff must allege factual support for his conclusion that an ATDS or prerecorded voice was utilized. *See*, *e.g.*, *Johansen v. Vivint, Inc.*, No. 12 C 7159, 2012 WL 6590551, *2-4 (N.D. Ill. Dec. 18, 2012); *Knutson v. Reply!, Inc.*, No. 10-CV-1267, 2011 WL 291076, *1-2 (S.D. Cal. Jan. 27, 2011).

3. Plaintiff has also failed to allege any facts from which the Court could infer that Humana placed a call in violation of the TCPA. Instead, Plaintiff has alleged that a live person, who claimed to be from Humana, made a call to Plaintiff's landline phone. (Dkt. 1 at ¶14). Live

calls to residential lines do not violate the TCPA. *See* 47 U.S.C. § 227(b)(1)(B). Plaintiff has also failed to allege any facts to support a theory that Humana could be vicariously liable for any call to his cell phone purportedly made by CarePlus. *See Smith v. State Farm Mut. Auto. Ins. Co.*, No. 13 C 2018, 2013 WL 5346430, *2-6 (N.D. Ill. Sept. 23, 2013).

WHEREFORE, Defendants CarePlus Health Plans, Inc. and Humana, Inc. respectfully request that the Court dismiss the Complaint in its entirety and with prejudice.

Dated: December 4, 2013

CAREPLUS HEALTH PLANS, INC. and HUMANA, INC.

By: /s/ Martin W. Jaszczuk
Martin W. Jaszczuk
J. Matthew Goodin
Tamra J. Miller
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0610
*mjaszczuk@lockelord.com*
*jmgoodin@lockelord.com*
*tjmiller@lockelord.com*

## CERTIFICATE OF SERVICE

I, Martin W. Jaszczuk, an attorney, do hereby certify that I caused **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** to be served on all persons and entities registered and authorized to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on December 4, 2013.

/s/ Martin W. Jaszczuk