# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Merrill Primack

                                                  Plaintiff,

v.                                                                     Case No.: 1:13–cv–06228
                                                                    Honorable James F. Holderman

CarePlus Health Plans, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2014:

      MINUTE entry before the Honorable James F. Holderman: A stipulation to dismiss has been filed. Defendants' motion to dismiss [27] is terminated. Plaintiff's individual claims against defendants are dismissed with prejudice. Because there was no class certification, the case is dismissed without prejudice to the putative class. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.